

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PERRIN TAYLOR (DOC# 339820) | DOCKET NO. 08-CV-991; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| EMMIT DUPLECHAIN & NURSE BERNICE | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b)(i) and (ii).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 26th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE